IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PATRICK FALLEY  ,                            )
                                             )
                          Plaintiff,         )
                                             )
        vs.                                  )        Case No.        10-1423-CM-JPO
                                             )
                                             )
FRIENDS UNIVERSITY,                          )
                                             )
                          Defendant.         )
_____     )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff dismisses his action with prejudice.  All parties

who have appeared in this action have signed this stipulation, evidencing their consent that the

action be dismissed with prejudice.  Wherefore, the parties request that the Clerk enter a Clerk's

Order of Dismissal with Prejudice.

APPROVED BY:

HITE, FANNING & HONEYMAN, L.L.P          TRIPLETT, WOOLF & GARRETSON, LLC


By s/  Gaye B. Tibbets                    By s/  Jerald W. Rogers
    Gaye B. Tibbets, #13240                   Jerald W. Rogers, #18191
    HITE, FANNING & HONEYMAN L.L.P.           TRIPLETT, WOOLF & GARRETSON, LLC
    100 North Broadway, Suite 950             2959 N. Rock Rd., Suite 300
    Wichita, KS  67202                        Wichita, KS  67226
    Tel:        316-265-7741                  Tel:  316-630-8100
    Fax:        316-267-7803                  Fax: 316-630-8101
    Email:      tibbets@hitefanning.com       Email:      jwrogers@twgfirm.com
    *Attorneys for Plaintiff*                 *Attorneys for Defendant*


#359403